**AFFIDAVIT OF SERVICE BY CERTIFIED/RRR & EFS**

STATE OF NEW YORK          )
                           )
COUNTY OF NEW YORK         )

      SANDA A. BOGDAN, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendant NEW YORK DOWNTOWN HOSPITAL.

      That on September 22, 2010 she served the within NOTICE OF MOTION, NOTICE TO PRO SE LITIGANT (Rule 12.1), DECLARATION IN SUPPORT OF MOTION, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT NEW YORK DOWNTOWN HOSPITAL upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 220 East 42nd Street, New York, New York 10017 directed to said attorneys at:

**VIA CERTIFIED MAIL/RRR**
JULIAN HEICKLEN
*Plaintiff Pro Se*
734 Rutland Avenue
Teaneck, NJ 07666

**VIA ECF**

New York City Health and Hospitals Corporation
Litigation Department
125 Worth Street
New York, New York 10013

Bellevue Hospital Center
First Avenue & 27th Street
New York, New York 10016

Louis A. Pellegrino
Assistant US Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

Leslie Berson
Assistant Corporate Counsel
City of New York, Law Department
100 Church Street
New York, New York 10007

Greg Plotko, Esq.
Bankruptcy Counsel for SVCMC
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

1512625_1.DOC

US Central Violations Bureau
Michael F Oakes
Divisional Office Manager
US District Clerk's Office
655 East Durango Boulevard, Room G65
San Antonio, Texas 78206

Elizabeth O'Brien Totten, Esq.
Kaufman Borgeest & Ryan LLP
120 Broadway
New York, New York 10271

Department of Homeland Security
Secretary Janet Napolitano
U.S. Department of Homeland Security
Washington, DC 20528

Homeland Security Federal Protective Service
Officer C. Barnes #245
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer Wong #213
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer Roomnd #234
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 1 (11/02/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 2 (11/02/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 1 (11/16/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

1512625_1.DOC

Homeland Security Federal Protective Service
Officer John Doe 2 (11/16/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 3 (11/16/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 1 (11/23/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 2 (11/23/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Homeland Security Federal Protective Service
Officer John Doe 3 (11/23/09)
Federal Protective Service
500 12th Street, SW
Washington, DC 20536

Alan D. Aviles
President & Chief Executive
New York Health and Hospitals Corporation
125 Worth Street
New York, NY 10013

Saint Vincent's Manhattan Medical Center
Henry J. Amoroso
President and Chief Executive Officer
170 West 12th Street
New York, NY 10011

Saint Vincent's Manhattan Medical Center
Ambulance driver (10/19/09)
170 West 12th Street
New York, NY 10011

Saint Vincent's Manhattan Medical Center
Ambulance Nurse 1 (10/19/09)
170 West 12th Street
New York, NY 10011

Saint Vincent's Manhattan Medical Center
Ambulance Nurse 2 (10/19/09)
170 West 12th Street
New York, NY 10011

Saint Vincent's Manhattan Medical Center
Admitting Nurse (10/19/09)
170 West 12th Street
New York, NY 10011

Saint Vincent's Manhattan Medical Center
Psychiatrist (10/19/09)
170 West 12th Street
New York, NY 10011

Bellevue Hospital Center
Ambulance Driver (10/26/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Ambulance Nurse 1 (10/26/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Ambulance Nurse 2 (10/26/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Admitting Nurse (10/26/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Ambulance Driver (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Ambulance Nurse 1 (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Ambulance Nurse 2 (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Admitting Nurse (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Psychiatrist Dr. Lowe
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Psychiatrist Dr. Elizabeth Steicker
Bellevue Hospital Center
New York, NY 10016-4811

Bellevue Hospital Center
Dr. Megan C. Poe
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Social Worker Kari Wolf, LCSW-R
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Psychiatric Assistant 1 (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

1512625_1.DOC

Bellevue Hospital Center
Psychiatric Assistant 2 (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Psychiatric Assistant 3 (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Psychiatric Assistant 4 (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

Bellevue Hospital Center
Nurse who administered injection (11/02/09)
Bellevue Hospital Center
Department of Psychiatry
Unit: CPEP462 First Avenue, Room 19E1
New York, NY 10016-4811

MD Farque
Department of Finance
Bellevue Hospital Center
First Avenue and 27th Street
New York, NY 19916

New York City Fire Department
Nicholas Scoppetta, Fire Commissioner
1 Chase Manhattan Plaza
New York, NY 10005

New York City Fire Department
Medics John Does 1 & 2
1 Chase Manhattan Plaza
New York, NY 10005

New York Downtown Hospital
Jeffrey Menkes
President and Chief Executive Officer
170 William Street
New York, NY 10038-2649

New York Downtown Hospital
Emergency Services
Ambulance Driver
170 William Street
New York, NY 10038-2649

1512625_1.DOC

New York Downtown Hospital
Emergency Services
Ambulance Attendants 1 & 2
170 William Street
New York, NY 10038-2649

New York Downtown Hospital
Emergency Services
Admitting nurses 1, 2, 3 & 4
170 William Street
New York, NY 10038-2649

U.S. Central Violations Bureau
Michael F. Oakes
Divisional Office Manager
U.S. District Clerk's Office
655 East Durango Blvd., Room G65
San Antonio, Texas 78206

that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

_____
SANDA A. BOGDAN

Sworn to before me on this
22nd day of September, 2010

_____
Notary Public

MONIQUE SPATES
Notary Public, State of New York
No. 01SP6030998
Qualified in New York County
Commission Expires September 20, 2013

1512625_1.DOC